### 7177. EADY *v.* THE STATE.

WADE, J. 1. There were facts in evidence from which the jury was authorized to infer that the crime was committed in Berrien county.

2. In the state of the record, no material error appears, the evidence was sufficient to support the verdict, and the trial judge did not err in overruling the motion for a new trial.          *Judgment affirmed.*

DECIDED APRIL 25, 1916.

Indictment for misdemeanor; from Berrien superior court— Judge Thomas. November 27, 1915.

*W. G. Harrison, William Story, J. W. Powell,* for plaintiff in error. *J. A. Wilkes, solicitor-general,* contra.